

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Allen Glenn Thomas,

Vs. No. 11-15-00144-CV

Texas Department of Criminal
Justice Officers,

\* From the Justice Court
   of Jones County, Texas
   Trial Court No. 2113.

\* July 23, 2015

\* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.